

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-17-00071-CV

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**,
Appellant

v.

Armando **HERNANDEZ**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14282
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

    The University of Texas Health Science Center filed a notice of appeal stating it intends to appeal from the trial court's denial of its plea to the jurisdiction. The clerk's record includes an unsigned docket entry titled "Judge's Notes," which indicates a hearing was held on January 5, 2017, and which includes typewritten "NOTES" stating "Defendant University of Texas Health Science Center's Plea to the Jurisdiction OR in the Alternative Motion for Summary Judgment **is denied.**"

    The clerk's record does not contain any other document, including a signed judgment or order. Docket entries may not take the place of a separate order or judgment. *First Nat. Bank of Giddings, Tex. v. Birnbaum*, 826 S.W.2d 189, 190 (Tex. App.—Austin 1992, no writ)(supporting citations omitted). Therefore, it appears there is not yet a final, appealable judgment in the underlying cause, and the notice of appeal is premature. *See id.*

    We, therefore, ORDER appellant to show cause in writing by **March 3, 2017** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination whether we have jurisdiction over this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.



_____
Keith E. Hottle
Clerk of Court